

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEDRO RANGEL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 10 C 2750 |
| ) | |
| CITY OF CHICAGO, et al., ) | Judge Joan H. Lefkow |
| ) | |
| Defendants. ) | Magistrate Judge Nan R. Nolan |

### AGREED SUPPLEMENTAL "ATTORNEYS' EYES ONLY" PROTECTIVE ORDER

Pursuant to the agreement of the parties, and with the approval of this Court, the court hereby orders as follows:

1. As a preliminary matter, the terms of the Qualified HIPAA and Confidential Matter Protective Order entered by this Court on October 25, 2010 (Dkt. #37), are expressly incorporated herein and made a part of this order, and will apply to the documents being produced from IPRA's file in Log No. 1028652.

2. Log No. 1028652 is an open file still under investigation by IPRA. Due to the open status of the investigation in Log No. 1028652, a more strict "Attorneys' Eyes Only" standard will apply to documents contained therein. Pursuant to this "Attorneys' Eyes Only" standard, and in addition to the specific terms provided in the previously entered protective order (Dkt. #37), it is ordered no further copies (other than for use by plaintiffs' and counsel themselves) are to be made of the materials produced subject to this supplemental protective order, and at no time are the documents from Log No. 1028652, or the information contained

therein, to be made available to, disclosed to, communicated to, or otherwise reviewed by anyone other than plaintiffs' counsel of record, without further order of this Court.

3. The documents contained in IPRA's file in Log No. 1028652 subject to the "Attorneys' Eyes Only" protections of this supplemental protective order shall be stamped **"Attorneys' Eyes Only"** or its equivalent.

4. Upon termination of this lawsuit, IPRA's file in Log No. 1028652 shall be returned to defense counsel for return to IPRA.

5. Exceptions to any of the above conditions shall be made only upon motion seeking specific approval of this Court.

6. Any party may seek to modify or vacate this order, as appropriate.

ENTER: *Joan H. Lefkow*
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

DATED: JAN 13 2011

JAN 13 2011